74,642-03

TO: COURT OF CRIMINAL APPEALS
clerk.

02/05/15

Please excuse this disruption, in the inclosed letter is the following

Document that need to be filed, and processed please.

11. Origenal writ of mandumus.

Thank you for you're time on this matter, and time.

This document contains some pages that are of poor quality at the time of imaging.

SINCERLY

MIKE MENDOZA, JR. #1223739. Pro-se

BY/S.

TDCJ-COFFIELD, UNIT.

2661 FM, 2054.

TENNESSEE COLONY, TEXAS 75884.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 2 0 2015

Abel Acosta, Clerk

•1•

## COURT OF CRIMINAL APPEALS

## OF TEXAS

EX PARTE MIKE MENDOZA.JR #1223739    §

Relator    §   CAUSE NO: _____.

V"S.    §

HON: DENISE BRADLEY, 262nd Judicial    §

District Court of Harris County    §

Houston, Texas.    §

## ** ORIGENAL WRIT OF MANDAMUS **

Now comes Mike mendoza, Jr. #1223739, pro-se in the above-styled cause No: and files this Petition for a writ of mandamus to comple the Honorable Court to resolve habeas corpus 952290-B, and presents the following as support.

I.

On December 01, 2010 the 262nd Judicial District clerk Ms, Jane anderson received and signed the certified form (7008-0150-0002-0343-1477) and return receipt was return (IN FILE) On December 27, 2010 the District clerk loren Jackson received and filed relator habeas writ assigning cause no- 952290-B

The State was afforded 15 days to provide an answer, into which the state filed it's proposed order designating issue and for filing affidavit.. The Court was then afforded it's 20 day's, and signed off on the State proposed order, indicating the clerk not to transmit any documnets to the Courts of Criminal appeal.

Trial counsel in a timely manner filed his affidavit. January 27, 2011. On Feb 02, 2011 Relator filed a rebuttal to trial counsel's affidavit. till present day which is over 5-years since relator first filed his first writ in Aug 30.2009 and no answer has been given to relator writ.

II.

Relator has attempted to communicate with the clerk to no avail, to inquire about the habeas writ. relator has filed mandamus with the court into which it was never ruled on. relator has filed mandamus with the 1st court of appeals not knowing they had no jurisdiction.

Now relator seeks mandamus with this honorable court pursuant to In re Briscoe, 230 S.W.3d 196-97 (TEX.APP-HOU [1stDIST] 2006, orig. proceeding);see Bd OF Pardons and paroles ex rel. Keene V, Court of appeals for the Eighth Dist, 910 S.W.2d 481, 483 (TEX.CRIM.APP 1995).

Relator has no other remmedies to resolve the 5-year delay in providing an answer to relator habeas corpus. It's requested that the honorable court comple the 262nd Distirct court inquire as to why such a delay of the District Attorney's office in gathering the facts and providing a reply.

District Assistant attorney joshua Hill was the prosecuting attorney over the habeas writ, it's been brought to relators attention that Mr, hill no longer works for the District attorney's office, what did he do with the habeas corpus?

## PRAYER

WHEREFORE, PREMISES CONSIDERED. Relator prays that this Honorable court will in the name of justice compel the 262nd district court to inquire as to why is the District attorney take over 5-years to gather the facts and provide an answer to the writ.

SINCERLY
BY/S. _____                    FEB, 03, 15.
MR. MIKE MENDOZA, C.C. 41223739. Pro-se.


c.c. in file.

•2•